# UNITED STATES DISTRICT COURT

### Southern District of Indiana

#### Kristine L. Seufert

#### Clerk of the Court

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

August 18, 2025

Re: TECKENBROCK v. HAMILTON COUNTY JAIL et al
Cause Number: 1:24−cv−01437−MPB−TAB

TO ALL COUNSEL OF RECORD:

   Pursuant to Local Rule 40−1, the above matter was reassigned from the docket of Judge Jane Magnus−Stinson to the docket of Judge Matthew P. Brookman on August 18, 2025. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:24−cv−01437−MPB−TAB should be used on all future filings.**

Sincerely,

Kristine L. Seufert, Clerk of Court

By: s/Griffen J Morrison
Griffen J Morrison, Deputy Clerk