UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN WAYNE TECKENBROCK, | ) |
| *Plaintiff*, | ) |
| v. | ) CAUSE NO.: 1:24-cv-01437-MPB-TAB |
| JOHN REYNOLDS and NURSE MICHELLE, | ) |
| *Defendants*. | ) |

**DEFENDANTS JOHN REYNOLDS, NP AND MICHELLE PUTTY, LPN'S MOTION TO STRIKE DKT. 78 AND DKT. 83**

Comes now Defendants, John Reynolds, NP and Michelle Putty, LPN, by counsel, pursuant to Federal Rule of Civil Procedure 56 and Ind. S.D. LR 56-1, and respectfully requests this Court strike Plaintiff's Final Brief to Support His Objection to The Defendant's Opposition on His Summary Judgment (Dkt. 78) and Plaintiff's Last Arguments to Support the Facts of his Summary Judgment (Dkt. 83), and in support states as follows:

1. Plaintiff filed his Motion for Summary Judgment on September 18, 2025 (Dkt. 69).

2. Defendants filed their Response in Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment and Brief (Dkt. 71) and Designation of Evidence (Dkt. 72) in support thereof on September 26, 2025 (Dkt. 70).

3. On October 1, 2025, Plaintiff filed his Objection to Defendant's Opposition to His Summary Judgment and Cross-Motion for Summary Judgment (Dkt. 74), which was essentially his reply in support of his motion for summary judgment and response in opposition to Defendants' motion for summary judgment.

4. Before Defendants even filed their Reply in Support of their Cross-Motion for Summary Judgment and without requesting leave from this Court, on October 14, 2025, Plaintiff filed a "Final Brief to Support His Objection to The Defendants' Opposition on His Summary Judgment." (Dkt. 78).

5. Federal Rule of Civil Procedure 56 and Ind. S.D. LR 56-1 afford a party moving two opportunities to file and serve supporting briefs and evidence for a motion for summary judgment – once in their initial motion and once in a Reply. Parties are not permitted to file as many motions and briefs as they please.

6. Additionally, pursuant to Ind. S.D. L.R. 56-1(d), a party opposing a motion for summary judgment may only file a Surreply "if the movant cites new evidence in the reply or objects to the admissibility of the evidence cited in the response." Moreover, the Surreply "must be filed within 7 days after the movant serves the reply and must be limited to the new evidence and objections." *Id*.

7. Plaintiff filed his initial Motion for Summary Judgment (Dkt. 69) on September 18, 2025 and his Reply in support of his motion and Response to Defendants' Cross-Motion (Dkt. 74) on October 1, 2025. Defendants had not yet filed a Reply in Support of their Cross-Motion for Summary Judgment, and thus, Plaintiff's "Final Brief to Support His Objection to The Defendants' Opposition on His Summary Judgment" (Dkt. 78) must be stricken from the record.

8. Further, Defendants filed their Reply in Support of their Cross-Motion for Summary Judgment (Dkt. 81) on October 15, 2025. Defendants did not submit new evidence or facts in their Reply and did not object to the admissibility of evidence cited by Plaintiff in his Response.

9. Regardless, on October 17, 2025, Plaintiff filed "Plaintiff's Last Arguments to Support the Facts of His Summary Judgment" (Dkt. 83).

10. Defendants move to strike Dkt. 78 and Dkt. 83 in their entirety as (1) Plaintiff was afforded two opportunities in his initial motion and in his Reply/Response to file and serve briefs and evidence in support of his motion for summary judgment and in opposition to Defendants' cross-motion for summary judgment; and (2) Defendants did not assert any new claims or evidence in their Reply which would permit Plaintiff to file a Surreply.

WHEREFORE, Defendants, John Reynolds, NP and Michelle Putty, LPN, respectfully request this Court strike Dkt. 78 and Dkt. 83 from the record, and for all other just and proper relief in the premises.

Respectfully submitted,

*/s/ Melanie A. Kalmbach*
Sean T. Devenney #21440-53
Melanie A. Kalmbach #34800-49
Drewry Simmons Vornehm, LLP
Carmel City Center
736 Hanover Place, Suite 200
Carmel, IN 46032
sdevenney@dsvlaw.com
mkalmbach@dsvlaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on October 21, 2025, a true and complete copy of the foregoing document was filed electronically via the Court's ECF system and I further certify that on October 21, 2025, the foregoing document was mailed, by United States Postal Service, first class postage prepaid, to the following non-CM/ECF Plaintiff:

Brian Wayne Teckenbrock
DOC#238617
Westville Correctional Facility
5501 South 1100 West
Westville, IN 46391

                                                   */s/ Melanie A. Kalmbach*
                                                   Sean T. Devenney, #21440-53
                                                   Melanie A. Kalmbach, Atty No. 34800-49

DREWRY SIMMONS VORNEHM, LLP
736 Hanover Place, Ste 200
Carmel, IN 46032
Ph: (317) 580-4848
Fax: (317) 580-4855
sdevenney@dsvlaw.com
mkalmbach@dsvlaw.com