United States District Court
Southern District of Indiana
Indianapolis Division

Brian Teckenbrock,                    )
                plantiff,             )
                                      )
                                      )    cause no: 1:24-cv-01437-MPB-TAB
V.                                    )
                                      )    Moton granted to the extent that Defendants shall file a
                                      )    notice with the Court by October 31, 2025, stating
                                      )    whether Defendants agree that a settlement conference
                                      )    would be productive and whether the Court should set a
N.P John Reynolds and                 )    settlement conference.
Nurse Michelle,                       )
                defendents,           )    Tim A. Baker
                                           U.S. Magistrate Judge
                                           Dated: 10/22/2025

## Motion Asking The Court To Set This Cause For A Settlement Conference

Plantiff filed for summary judgement due to the material facts being in his favor on this cause, is now asking the court to set this for a settlement conference due to these reasons:

1. Plantiff has offered a settlement demand on September 26, 2025 that he feels is more than fair to the defendant's.

2. The material facts of this case weigh in the plantiff's favor, that there is no reason for a trial on this matter.

3. The plantiff is also asking for a few rules at the Hamilton County Jail be put in place along with his settlement, so no other inmate's rights are violated.

4. The plantiff filed for summary judgement on October 1, 2025 with the defendant's filing a opposition shortly after, but still has not got a response back from defendant's on his settlement demand.

5. A settlement conference would be fruitfull for both defendant and the plantiff and put an end to all litigation on this cause.

Distribution to all counsel of record
and to the following via CM/ECF:

BRIAN W. TECKENBROCK
238617
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Respectfully Submitted,
Brian Teckenbrock pro-se
Westville Correctional Facility
5501 South 1100 West
Westville IN, 46391
October 13, 2025