UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIAN W. TECKENBROCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01437-MPB-TAB ) |
| JOHN REYNOLDS, NURSE MICHELLE, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

Defendants' motion to withdraw the motion currently on the docket as Filing No. 79, dkt. [80], is **granted**. The motion at Filing No. 79 is **withdrawn**, and the **clerk is directed** to terminate the motion.

**SO ORDERED.**

Date: 10/24/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record
and to the following via CM/ECF:

BRIAN W. TECKENBROCK
238617
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only