United States District Court
Southern District of Indiana
Indianapolis Division

FILED
10/31/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

Brian Teckenbrock, )
    plantiff )
               ) cause no: 1:24-cv-1437-MPB-TAB
v. )
                )
N.P Reynold's and )
Nurse Michelle, )
    defendents

## Plantiff's Motion Not To Strike Documents 78 and 83

Plantiff respectfully requests that the court not strike documents 78 and 83 for these reasons:

1. Plantiff feels that these documents are needed to prove the facts of his claim and help the court decide for his summary judgement.

2. Plantiff asks the court to rule in favor of his summary judgement due to the facts he has brought to this court.

3. Plantiff realizes that according to Fed.R.Civ.P that he is not aloud to file as many brief's as he pleases but feels that it was important in getting his facts accross to the court.

4. The facts speak for themselves the plantiff filed a claim about his medication for his serious health issues being taken after arriving at the Hamilton County Jail, not the fact he had serious health issues and feels it's all in black and white, and would ask the court to rule in favor of his summary judgement.

Respectfully Submitted,
Brian Teckenbrock pro-se
Westville Correctional Facility
5501 South 1100 West
Westville IN, 46391
October 30, 2025